IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES ILDEFONSO,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 11-cv-4033 |
| | : | |
| **CITY OF BETHLEHEM** and | : | |
| **RALPH CARP, individually and in his** | : | |
| **official capacity,** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this    12th    day of July, 2012, upon consideration of the Motion for Summary Judgment of Defendants City of Bethlehem and Ralph Carp (Doc. No. 21), Plaintiff's Answer to Defendants' Motion for Summary Judgment (Doc. No. 23), and Defendants' Statement of Material Undisputed Facts and the response thereto (Doc. Nos. 20 & 23), **IT IS HEREBY ORDERED** that the instant motion is **GRANTED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE